LOUISE G. SMITH *v.* DELAVAN P. SMITH

The defendant's motion to dismiss the appeal from the Superior Court in Litchfield County is denied.

The plaintiff's motion that the trial court be directed to enter judgment sustaining the plaintiff's demurrer to the defendant's plea in abatement in the appeal from the Superior Court in Litchfield County is denied.

*John A. Gawrych,* for the appellee (defendant).

*Matthew J. Forstadt,* for the appellant (plaintiff).

Argued June 3—decided June 3, 1975

THE AMERICAN MASONS' SUPPLY COMPANY *v.* THE F. W. BROWN COMPANY ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is denied.

*Harry L. Nair,* for the appellee (plaintiff).

*Jackson T. King, Jr.,* for the appellants (defendants).

Argued June 3—decided June 3, 1975

STATE OF CONNECTICUT *v.* KENNETH D. WINGATE

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Domenick J. Galluzzo,* assistant state's attorney, for the appellee (state).

*James M. Diorio,* special public defender, for the appellant (defendant).

Argued June 3—decided June 3, 1975